IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| **Plaintiff** | § | |
| | § | |
| V. | § | Civil Action No.: 4:19-CV-00896 |
| | § | |
| MATRIX FINANCIAL SERVICES, LLC, et al., | § | |
| | § | |
| **Defendants** | § | |

### DEFENDANTS' OFFER OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NATIONAL CAR CURE, LLC, ZANDER COLLINS & SMITH, LLC, DAVID GLENWINKEL, and SING FOR SERVICE, LLC, d/b/a MEPCO, Defendants in the above entitled and numbered cause, and make the following offer of judgment under Federal Rule of Civil Procedure 68.

### A. Introduction

1. Plaintiff sued Defendants for alleged violations of telemarketing regulations pursuant to 47 USC §227(b)(1)(A), 47 C.F.R. §64.1200(d), and Tex.Bus. & Com.Code §305.053.

2. Defendants make this offer more than ten days before this case is set for trial. Fed.R.Civ.P. 68; *see Ramming v. Natural Gas Pipeline Co.*, 390 F.3d 366, 370 (5th Cir. 2004).

### B. Offer of Judgment

3. Defendants offer $6,000, for which judgment may be entered. *See Herrington v. County of Sonoma*, 12 F.3d 901, 907 (9th Cir. 1993).

4. This offer is unconditional. *Herrington,* 12 F.3d at 907.

5. Defendants agree to pay costs to date. *Herrington,* 12 F.3d at 907.

6. Attorney's fees are included as part of the offer. *Nusom v. Comh Woodburn, Inc.*, 122 F.3d 830, 834 (9th Cir. 1997).

### C. Deadline to Accept

7. This offer of judgment will remain open and irrevocable for ten days after service. *See* Fed.R.Civ.P. 68; *Ramming*, 390 F.3d at 370.

8. If Plaintiff does not respond within ten days after service, the offer is deemed withdrawn. Fed.R.Civ.P. 68; *Richardson v. National R.R. Passenger Corp.,* 49 F.3d 760, 764 (D.C. Cir. 1995)

Respectfully submitted,

**Law Offices of Craig Zimmerman**

By: /s/ R. Douglas Scott
R. Douglas Scott
State Bar No. 24002920
DScott@craigzlaw.com
3901 Arlington Highlands Blvd., Suite 200
Arlington, TX 76018
(817) 695-5075
Fax: (817) 695-5076

ATTORNEY FOR DEFENDANTS NATIONAL CAR CURE, LLC, ZANDER COLLINS & SMITH, LLC, DAVID GLENWINKEL

By: /s/ William E. Reid
WILLIAM E. REID
State Bar No. 16748500
*wreid@reiddennis.com*
2660 Dallas Parkway, Suite 380
Frisco, Texas 75034
Tel: (214) 618-1400
Fax: (214) 618-1653

ATTORNEYS FOR DEFENDANT
SING FOR SERVICE, LLC, d/b/a MEPCO

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing has been served on the following parties by e-service:

Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX 75075
projectpalehorse@hushmail.com

William E. Reid
Reid & Dennis, P.C.
2600 Dallas Parkway, Suite 380
Frisco, TX 75034
wreid@reiddennis.com


on this the 8th day of April, 2020.

                 */s/ R. Douglas Scott*
                 R. DOUGLAS SCOTT