**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No.** |
| | § | **4:19-CV-00896** |
| **MATRIX FINANCIAL SERVICES,** | § | |
| **LLC, et al.,** | § | |
| **Defendants.** | § | |

### DEFENDANT, NATIONAL CARE CURE, LLC'S, NOTICE OF SERVING SUPPLEMENTAL AND ADDITIONAL RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS PURSUANT TO DISCOVERY CONFERENCE ON JULY 31, 2020 AND THIS COURT'S MINUTE ENTRY

Defendant, NATIONAL CARE CURE, LLC ("NCC"), by and through undersigned counsel,

hereby notifies this Honorable Court that NCC has served Supplemental and Additional Responses

to Plaintiff's Discovery Requests pursuant to the Discovery Conference held on July 31, 2020 [*see*

DE 98] and the Court's subsequent Minute Entry via both email and US Mail.

Respectfully submitted,

 /s/ *Jason S. Weiss*
Jason S. Weiss
WEISS LAW GROUP
5531 North University Drive, Suite 103
Coral Springs, FL 33067
Tel: 954-573-2800
Fax: 954-573-2798
Email: jason@jswlawyer.com
*Counsel for Defendants*

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of August, 2020, I caused a copy of the foregoing document to be served via ECF on all parties entitled to receive notice and sent a copy to Plaintiff via both e-mail and US Mail.

/s/    <em>Jason S. Weiss</em>
Jason S. Weiss
