# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-896 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| MATRIX FINANCIAL SERVICES, LLC, § | |
| ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2020, the report of the Magistrate Judge (Dkt. #108) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's claims against Defendants Wolf Marketing, LLC, Vincent Yates, Jeremy Valentino, and Data Genie, LLC be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).  Plaintiff acknowledged receipt of the report on September 9, 2020 (Dkt. #111).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Craig Cunningham's claims against Defendants Wolf Marketing, LLC, Vincent Yates, Jeremy Valentino, and Data Genie, LLC are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.
SIGNED this 28th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE