IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00896-ALM-CAN |
| v. | § | |
| | § | |
| MATRIX FINANCIAL SERVICES, LLC, ET AL., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Non-party National Auto Protection Corp. filed a Motion to Quash on September 11, 2020 [Dkt. 109]. On September 25, 2020, Plaintiff Craig Cunningham filed a Response [Dkt. 117] and a Motion to Strike the Motion to Quash [Dkt. 116]. The Court sets this matter for a Telephonic Hearing on *Monday, October 5, 2020, at 2:00 p.m.*

The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 1:55 p.m.

It is further **ORDERED** that Non-party National Auto Protection Corp. shall file a response to Plaintiff Craig Cunningham's Motion to Strike [Dkt. 116], if at all, no later than *Monday, October 5, 2020, at 1:00 p.m.*

It is finally **ORDERED** that Defendants shall provide Plaintiff Craig Cunningham and the Non-Party a copy of this Order as soon as reasonably possible.

**IT IS SO ORDERED**. SIGNED this 29th day of September, 2020.

ORDER – Page Solo

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE